■ Frank W. Kiley, III, Respondent, v Greenfield Manor, Inc., et al., Appellants. [916 NYS2d 556]—Appeal from an order of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered May 3, 2010 in a personal injury action. The order, insofar as appealed from, denied the motion of defendants for summary judgment dismissing plaintiff's Labor Law § 241 (6) cause of action insofar as it is based upon a violation of 12 NYCRR 23-1.8 (c) (1).

Now, upon reading and filing the stipulation discontinuing appeal signed by the attorneys for the parties on December 6, 2010,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Carni, Lindley, Green and Gorski, JJ.